IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Green, Margaret A | Case Number: 05 B 31134 |
|---|---|---|
| | Leffew, William T | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 8/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 31, 2008
Confirmed: February 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 39,053.45 |  |
| Secured: |  | 24,048.28 |
| Unsecured: |  | 6,929.03 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,120.00 |
| Trustee Fee: |  | 2,002.69 |
| Other Funds: |  | 2,953.45 |
| Totals: | 39,053.45 | 39,053.45 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,120.00 | 3,120.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 17,312.00 | 17,312.00 |
| 3. | B-Line LLC | Secured | 4,646.28 | 4,646.28 |
| 4. | Wells Fargo Home Mortgage | Secured | 1,200.00 | 1,200.00 |
| 5. | Village Green Condominium Association | Secured | 890.00 | 890.00 |
| 6. | Arrow Financial Services | Unsecured | 30.62 | 301.81 |
| 7. | CB USA | Unsecured | 11.12 | 109.57 |
| 8. | Ameri Collect | Unsecured | 4.71 | 46.38 |
| 9. | Ameri Collect | Unsecured | 18.07 | 178.09 |
| 10. | Village Green Condominium Association | Unsecured | 7.50 | 73.93 |
| 11. | Asset Acceptance | Unsecured | 34.33 | 338.34 |
| 12. | Bank One | Unsecured | 431.32 | 0.00 |
| 13. | Kohl's/Kohl's Dept Stores | Unsecured | 36.27 | 357.47 |
| 14. | Equity Residential Properties | Unsecured | 283.98 | 2,799.21 |
| 15. | ECast Settlement Corp | Unsecured | 172.91 | 1,704.42 |
| 16. | New Oaklawn Imagine | Unsecured | 4.70 | 46.33 |
| 17. | Midland Credit Management | Unsecured | 56.42 | 556.17 |
| 18. | B-Line LLC | Unsecured | 17.34 | 170.88 |
| 19. | RMI/MCSI | Unsecured | 25.00 | 246.43 |
| 20. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 21. | Bowman Heintz Boscia Vician | Unsecured |  | No Claim Filed |
| 22. | ATG Credit LLC | Unsecured |  | No Claim Filed |
| 23. | Bay Area Credit Services | Unsecured |  | No Claim Filed |
| 24. | Associated Recovery Systems | Unsecured |  | No Claim Filed |
| 25. | Collection Specialists Inc | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Green, Margaret A | | Case Number: 05 B 31134 |
| Leffew, William T | | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | | Filed: 8/9/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 29. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 30. | IC Collections | Unsecured | | No Claim Filed |
| 31. | Federated | Unsecured | | No Claim Filed |
| 32. | Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 33. | Midwest Anesthesiologists | Unsecured | | No Claim Filed |
| 34. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 35. | MCI | Unsecured | | No Claim Filed |
| 36. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 37. | AMCA | Unsecured | | No Claim Filed |
| 38. | ICS | Unsecured | | No Claim Filed |
| 39. | Midwest Pathology | Unsecured | | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 42. | Palos Heights Medical | Unsecured | | No Claim Filed |
| 43. | Omni Credit Service | Unsecured | | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 45. | PMI Diagnostic Imaging | Unsecured | | No Claim Filed |
| 46. | Palos Emergency Medical Servic | Unsecured | | No Claim Filed |
| 47. | Village Of Alsip | Unsecured | | No Claim Filed |
| 48. | Village Of Alsip | Unsecured | | No Claim Filed |
| 49. | Federated | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,302.57 | $ 34,097.31 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 514.97 |
| 5% | 153.64 |
| 4.8% | 252.86 |
| 5.4% | 561.94 |
| 6.5% | 519.28 |
| | _____ |
| | $ 2,002.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

